Minnie Davis and Samuel E. Weinshenker, Appellants, v. A. K. Selz et al., Appellees.

Gen. No. 40,697.

opinion filed November 27, 1939. Harry J. Myerson and Shulman, Shulman & Abrams, for appellants; Levinson, Becker, Peebles & Swiren, for certain appellees; Arthur B. Schaffner and Taylor, Miller, Busch & Boyden, for certain other appellee; Arthur B. Schaffner, Francis X. Busch, John S. Miller, Benjamin V. Becker, Don M. Peebles and Leo Wolfson, of counsel. Opinion by JUSTICE McSURELY. ''Not to be published in full.''